# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Percy Chatagnier, II | Civil Action No. 6:04-CV-0986 |
| versus | Judge Tucker L. Melançon |
| N.R. Broussard Landing, Inc., et al. | Magistrate Judge Methvin |

## RULING

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the objections filed by the parties, this Court concludes that the Report and Recommendation [Rec. Doc. 42] of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Payment of Medical Benefits [Rec. Doc. 26] file by Plaintiff is **DENIED**.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 15th day of February, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE